UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
Antony M. Fernandopulle,                                     :
                                    Petitioner,              :         24 Civ. 7838 (DEH)
                                                             :
                  -against-                                  :              ORDER
                                                             :
Merrick Garland, Attorney General of the United             :
States, et al.,                                              :
                                                             :
                                    Respondents.  X
-------------------------------------------------------------

DALE E. HO, District Judge:

      WHEREAS on **October 15, 2024**, the Petition for Review of Denial of an Application for Naturalization was submitted pursuant to 8 U.S.C. § 1421(c).  It is hereby **ORDERED** that the Government shall, by **December 12, 2024**, file a memorandum in opposition to the Petition.  The memorandum shall not exceed fifteen pages.  Petitioner shall, by **November 26, 2024**, file a reply memorandum that shall not exceed ten pages.  The memoranda and other materials shall otherwise comply with the Court's Individual Rules.

Dated: October 21, 2024
      New York, New York

                                        Dale E. Ho
                                        United States District Judge