UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
:
Antony M. Fernandopulle,
:
                              Petitioner,   :        24 Civ. 7838 (DEH)
:
           -against-                 :        ORDER
:
Merrick Garland, Attorney General of the United   :
States, et al.,
:
:
                            Respondents.  X
---------------------------------------------------------------

DALE E. HO, District Judge:

       WHEREAS on **October 15, 2024**, the Petition for Review of Denial of an Application for Naturalization was submitted pursuant to 8 U.S.C. § 1421(c).  It is hereby **ORDERED** that the Government shall, by **December 12, 2024**, file a memorandum in opposition to the Petition.  The memorandum shall not exceed fifteen pages.  Petitioner shall, by ~~**November 26, 2024**~~ **January 6, 2025**, file a reply memorandum that shall not exceed ten pages.  The memoranda and other materials shall otherwise comply with the Court's Individual Rules.

Dated: ~~October 21, 2024~~  November 14, 2024
       New York, New York

                                                                                 _____
                                                                                   Dale E. Ho
                                                                                   United States District Judge

A previous version of this scheduling order reflected an error in filing dates. Petitioner shall reply to the Government's opposition by January 6, 2025, as demonstrated through the redlined amendments to the original order.  SO ORDERED.